Roy A. Combs, SBN 123507
Elizabeth B. Mori, SBN 178688
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Plaintiff
YOLO COUNTY OFFICE OF EDUCATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| YOLO COUNTY OFFICE OF EDUCATION,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA DEPARTMENT OF EDUCATION,<br><br>    Defendant. | CASE NO. 2:11-CV-03224-MCE-JFM<br><br>**JOINT STIPULATION TO SUBMIT AMENDED RULE 26(f) JOINT STATUS REPORT;  ORDER THEREON** |

SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:

1. On or about February 29, 2012, the parties, through their respective counsel of record, engaged in the Rule 26 conference telephonically to discuss those items required by Rule 26(f) as well those matters specified in the court's Order Requiring Joint Status Report.

2. As part of the conference outcome, and subject to the Court's approval, the parties have agreed to jointly submit a Rule 26(f) Joint Status Report addressing those issues set forth in Paragraph 4 of the Order Requiring Joint Status Report excepting that a detailed discussion and agreement regarding the Rule 26(f) discovery plan, proposed date by which all non-discovery motions shall be filed, proposed dates for final pretrial conference and trial as well as a determination regarding the need to schedule a settlement conference for the above-referenced

matter would be deferred until after the Court's ruling on Defendant's Motion to Dismiss, if appropriate.

   3. Consistent with the foregoing and subject to the Court's approval, the parties have agreed to jointly submit an Amended Rule 26(f) Joint Status Report within thirty (30) days of the date of the Court's ruling on Defendant's Motion to Dismiss, if appropriate.

SO STIPULATED.

DATED: March 1, 2012   FAGEN FRIEDMAN & FULFROST, LLP

            By: /s/ Elizabeth B. Mori
              Elizabeth B. Mori
              Attorneys for Plaintiff

DATED: March 1, 2012   /s/ Len Garfinkel (as authorized March 1, 2012)
            Len Garfinkel
            California Department of Education
            Attorney for Defendant

## **ORDER**

IT IS SO ORDERED.

Dated:  March 5, 2012

            _____
            MORRISON C. ENGLAND, JR
            UNITED STATES DISTRICT JUDGE

00303.00102/336317.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211